**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES CARL KELLY, | Case No. 1:25-cv-01754 JLT EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| NEWSOM, et al., | (Docs. 2, 8) |
| Defendants. | |

Plaintiff James Carl Kelly is a state prisoner proceeding *pro se* in this action filed on December 5, 2025. (ECF No. 1). Plaintiff seeks to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915. (Doc. 2.)

The assigned magistrate judge issued findings and recommendations, recommending that Plaintiff's motion to proceed IFP be denied because the Court concluded that Plaintiff had at least three "strikes" prior to filing this action, and because he was not in imminent danger of serious physical injury, an exception to Section 1915(g). (Doc. 8 at 5.) Plaintiff was advised that he may file written objections with the Court within thirty days and that failure file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)). (*Id.*). Plaintiff has not filed objections and the time to do so has passed.

1

According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on December 12, 2025 (Doc. 8) are **ADOPTED** in full.

2. Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED**.

3. Within 30 days from the date of service of this order, Plaintiff **SHALL** pay in full the $405.00 filing fee if he wishes to proceed with his action.

4. <u>Plaintiff is advised that failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice.</u>

IT IS SO ORDERED.

Dated:   **January 29, 2026**

UNITED STATES DISTRICT JUDGE

2